PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY       # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
KENNETH MESKER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-00024 LEK |
| ) | |
| Plaintiff, ) | MOTION FOR EARLY |
| ) | TERMINATION OF PROBATION |
| vs. ) | PURSUANT TO 18 U.S.C. §3564(c); |
| ) | DECLARATION OF COUNSEL; |
| KENNETH MESKER, ) | CERTIFICATE OF SERVICE |
| ) | |
| Defendant. ) | |
| ) | |

**MOTION FOR EARLY TERMINATION
OF PROBATION PURSUANT TO 18 U.S.C. § 3564(c)**

COMES NOW the defendant, Kenneth Mesker, through counsel, Donna M. Gray, Assistant Federal Defender, and moves this Honorable Court for an order terminating his 18-month term of probation which was imposed on

August 15, 2005. As a condition of that probation term, Mr. Mesker was ordered to serve 6 months of home confinement on electronic monitoring. Mr. Mesker successfully completed his 6 months of home confinement and has now served exactly 12 months of the 18-month term.

Pursuant to 18 U.S.C. § 3564(c), this Court has the authority to terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor. This case involves a petty misdemeanor.

In deciding whether to grant early termination, the Court considers the factors set forth in § 3553(a), to the extent that they are applicable. That statute states that "[t]he court shall impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2)." Paragraph (2) lists the following factors:

    (1) The nature and circumstances of the offense and the history and characteristics of the defendant;

    (2) The need for the sentence imposed to:

        (A) Reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

        (B) To afford adequate deterrence to criminal conduct;

        (C) To protect the public from further crimes of the defendant;

and

>   (D)  To provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner.

Mr. Mesker was charged and convicted of a petty misdemeanor offense. He is 63 years old and suffers from an organic mental disorder and affective mood disorder. He is under a doctor's care for these mental health concerns. Since 1991 he began receiving social security benefits due to his mental disability. He now receives social security retirement benefits in lieu of the disability benefit.

Mr. Mesker has no prior criminal history. He has been fully compliant with the conditions of probation over the last year. Therefore, based upon his conduct on probation thus far, as well as the factors set forth in 18 U.S.C. § 3553(a), it is respectfully requested that this Court order that Mr. Mesker's 18-month term of probation be terminated.

DATED: Honolulu, Hawaii, August 15, 2006.

 /s/ Donna M. Gray
DONNA M. GRAY
Attorney for Defendant
KENNETH MESKER

## CERTIFICATE OF SERVICE

DONNA M. GRAY, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on August 15, 2006.

    MARSHALL H. SILVERBERG (Served Electronically through CM/ECF)
    Assistant United States Attorney
    Attorney for Plaintiff
    UNITED STATES OF AMERICA

    CARTER LEE               (hand-delivered)
    United States Probation Office
    300 Ala Moana Boulevard, #C-126
    PJKK Federal Building
    Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, August 15, 2006.

                                        /s/ Donna M. Gray
                                        DONNA M. GRAY
                                        Attorney for Defendant
                                        KENNETH MESKER