IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00024 LEK |
| | ) |
| Plaintiff, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| KENNETH MESKER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>DECLARATION OF COUNSEL</u>**

I, DONNA M. GRAY, hereby declare as follows:

1.   That I am counsel for defendant, Kenneth Mesker, having been appointed pursuant to the Criminal Justice Act.

2.   That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:   Honolulu, Hawaii, August 15, 2006.

      /s/ Donna M. Gray
      DONNA M. GRAY
      Attorney for Defendant
      KENNETH MESKER