EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Marshall.Silverberg@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00024 LEK |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S OPPOSITION TO |
| | ) | THE DEFENDANT'S MOTION FOR |
| vs. | ) | EARLY TERMINATION OF PROBATION; |
| | ) | CERTIFICATE OF SERVICE |
| KENNETH MESKER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S OPPOSITION TO THE DEFENDANT'S
MOTION FOR EARLY TERMINATION OF PROBATION

The government is opposed to any early termination of the defendant's term of probation. It seemed very clear at trial that the defendant is the type of person who benefits from having a very structured lifestyle. That can best be achieved at this point by having him complete his term of probation.

DATED: August 22, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Marshall Silverberg
   Marshall Silverberg
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    DONNA M. GRAY                    donna_gray@fd.org

    Attorney for Defendant
    KENNETH MESKER

Served by Hand-Delivery:

    **U.S. PROBATION OFFICE**
    Attn: Carter Lee
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

DATED: August 22, 2006, at Honolulu, Hawaii.

/s/ Cheri Abing