# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00024 |
| CASE NAME: | USA vs. KENNETH MESKER |
| ATTYS FOR PLA: | Marshall H. Silverberg |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 08/24/2006 | TIME: | 9:30-10:00 |

COURT ACTION:   EP: Status Conference held In Chambers. Defendant not present, presence waived. USPO Carter Lee present.

Submitted by: Warren N. Nakamura, Courtroom Manager