# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 05-00024

CASE NAME:         USA vs. KENNETH MESKER

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:     08/24/2006                 TIME:

COURT ACTION: EO**: COURT ACTION:**

### ORDER DENYING MOTION
### TO TERMINATE PROBATION

   The Court having held a status conference on August 24, 2006 regarding Defendant Kenneth Mesker's ("Defendant") Motion for Early Termination of Probation Pursuant to 18 U.S.C. § 3564(c) ("Motion"), filed August 15, 2006, and after careful consideration of the Motion and the positions of the parties, the Court finds that Defendant has: been compliant with his conditions of probation; cooperated in a positive manner with his probation officer; and followed the directions of his health care providers.  The Court, however, finds that early termination of Defendant's probation is not appropriate in light of the seriousness of the offense of which Defendant has been convicted.  See 18 U.S.C. § 3553(a)(2)(A).  The Motion is hereby DENIED.

   **IT IS SO ORDERED.**

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager