PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

## United States District Court

### FOR THE

### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 23 2007

at 9 o'clock and __ min. __ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                       Criminal No. 05-00024-01

KENNETH MESKER

It appearing that the above named has complied with the conditions of probation imposed by the Order of the Court heretofore made and entered in this case and that the period of probation expired on February 14, 2007, I therefore recommend that the defendant be discharged from probation and that the proceedings in the case be terminated.

Respectfully submitted,

_____
CARTER A. LEE
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from probation and that the proceedings in the case be terminated.

Dated this 20th day of February, 2007.

_____
BARRY M. KURREN
U.S. Magistrate Judge